IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADEKUNLE RAZAQ ADEFEYINTI,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS/
FEDERAL CORRECTIONAL
INSTITUTION, OXFORD, WI, DR.
JAMES REED and MICHAEL CARR,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-426-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____       9/17/09
Peter Oppeneer, Clerk of Court       Date